## JOSEPH McKEON, APPELLANT, v. THE FOUNDATION COMPANY, RESPONDENT.

Argued May 20, 1947—Decided September 12, 1947.

For the appellant, *Peter L. Hughes, Jr.*

For the respondent, *John W. Taylor.*

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BODINE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McGEEHAN, McLEAN, JJ. 11.

*For reversal*—None.